UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELEVANCE HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01497-SEB-MJD |
| | ) |
| VINOD MOHAN, | ) |
| | ) |
| Defendant. | ) |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

The parties requested that the currently scheduled terlephonic status conferencer be conducted on the record. Accordingly, the Court, *sua sponte*, hereby **CONTINUES** the September 11, 2023 telephonic status conference, to be held **in person**, on the record, on **Thursday, September 14, 2023 at 9:00 a.m. (Eastern), in Courtroom 270**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The parties shall appear by their counsel of record. All other requirements of the Court's Scheduling Order setting the conference [Dkt. 28] remain in effect.

SO ORDERED.

Dated: 11 SEP 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.