UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELEVANCE HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01497-SEB-MJD |
| | ) |
| VINOD MOHAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Amended Motion for Leave to File Amended Complaint. [Dkt. 38.]  The Court, being duly advised, hereby **GRANTS** the motion.[1] On or before **October 4, 2023**, Plaintiff shall file its Amended Complaint and all attachments thereto in the same substantive form as was attached to Plaintiff's Motion for Leave. [Dkt. 38-1.][2]

SO ORDERED.

Dated:  2 OCT 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] In light of this Order, Plaintiff's Motion for Leave to File Amended Complaint [Dkt. 37] is **DENIED AS MOOT**.

[2] In filing Plaintiff's Amended Complaint and any exhibits attached thereto, counsel for Plaintiff is reminded to comply with Local Rule 5-6(a)(1) and (2), which require each electronically filed exhibit to be created as a separate PDF file and given a title which describes its content.

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.