## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ELEVANCE HEALTH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 1:23-cv-01497-SEB-MJD |
| VINOD MOHAN, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF ANTICIPATED SETTLEMENT

Plaintiff, Elevance Health, Inc., and Defendant, Vinod Mohan, by their respective counsel, pursuant to S.D. Ind. L.R. 7-1(h), respectfully submit this Notice of Anticipated Settlement and inform the Court that the parties have reached an agreement to settle this case. Once the settlement documents have been finalized and executed, the parties will file their stipulation of dismissal.

Dated: November 2, 2023                              Respectfully submitted,

*/s/ Kandi K. Hidde     (by consent)*                    */s/ Philip R. Zimmerly*

  Darren A. Craig
  Kandi K. Hidde                                         KING & SPALDING LLP
  Patricia R. Hass                                       Quyen L. Ta **
  FROST BROWN TODD LLP                                   California Bar No. 229956
  111 Monument Circle, Ste 4500                          Jeanne A. Fugate **
  Indianapolis, IN 4620                                  CA Bar No. 236341, NY Bar No. 4017257
  dcraig@fbtlaw.com                                      50 California Street, Suite 3300
  khidde@fbtlaw.com                                      San Francisco, CA 94111
  promanhass@fbtlaw.com                                  qta@kslaw.com
                                                         jfugate@kslaw.com

*Counsel for Plaintiff*

                                                         BOSE MCKINNEY & EVANS LLP
                                                         Gregory W. Guevara, Attorney No. 16728-49
                                                         Philip R. Zimmerly, Attorney No. 30217-06
                                                         111 Monument Circle, Suite 2700
                                                         Indianapolis, Indiana 46204
                                                         GGuevara@boselaw.com
                                                         PZimmerly@boselaw.com

                                                         *Counsel for Defendant*
                                                         **Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, a copy of the foregoing was filed electronically. Notice of this filing was served on the following counsel by operation of the Indiana electronic filing system and/or via email:

/s/ Philip R. Zimmerly

4662853