# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ELEVANCE HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINOD MOHAN, <br><br> Defendant. | Case No. 1:23-cv-01497-SEB-MJD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Elevance Health, Inc. and Defendant Vinod Mohan, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-captioned cause of action, with prejudice, and each party to bear its/her own costs, expenses, and attorneys' fees.

By: */s/Kandi Kilkelly Hidde*
Kandi Kilkelly Hidde, #18033-49
Darren A. Craig, #25534-49
Patricia Román Hass, #29461-45
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:     (317) 237-3800
Facsimile:     (317) 237-3900
Email:    khidde@fbtlaw.com
          dcraig@fbtlaw.com
          promanhass@fbtlaw.com

Attorneys for Elevance Health, Inc.

By: */s/ Quyen L. Ta (with consent)*
Quyen L. Ta, *pro hac vice*
Jeanne A. Fugate, *pro hac vice*
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1227
Email:    qta@kslaw.com
          jfugate@kslaw.com

Gregory W. Guevara, #16728-49
Philip R. Zimmerly. #30217-06
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile:  (317) 684-5173
Email:    GGuevara@boselaw.com
          PZimmerly@boselaw.com

Attorneys for Vinod Mohan

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2023, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        */s/ Kandi Kilkelly Hidde*
                        Kandi Kilkelly Hidde

0131135.0774875   4873-6739-9317v1