> Acknowledged.
> This action is hereby dismissed with prejudice.
>
> Date: 12/6/2023
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELEVANCE HEALTH, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>VINOD MOHAN,<br><br>             Defendant. | Case No. 1:23-cv-01497-SEB-MJD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Elevance Health, Inc. and Defendant Vinod Mohan, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-captioned cause of action, with prejudice, and each party to bear its/her own costs, expenses, and attorneys' fees.

By: */s/Kandi Kilkelly Hidde*
Kandi Kilkelly Hidde, #18033-49
Darren A. Craig, #25534-49
Patricia Román Hass, #29461-45
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:      (317) 237-3800
Facsimile:       (317) 237-3900
Email:    khidde@fbtlaw.com
              dcraig@fbtlaw.com
              promanhass@fbtlaw.com

Attorneys for Elevance Health, Inc.

By: */s/ Quyen L. Ta (with consent)*
Quyen L. Ta, *pro hac vice*
Jeanne A. Fugate, *pro hac vice*
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1227
Email:     qta@kslaw.com
                jfugate@kslaw.com

Gregory W. Guevara, #16728-49
Philip R. Zimmerly. #30217-06
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5000
Facsimile:  (317) 684-5173
Email:     GGuevara@boselaw.com
                PZimmerly@boselaw.com

Attorneys for Vinod Mohan